| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Morgan, Henry C. | 2. Court or Organization<br><br>U.S. District Court, EDVA | 3. Date of Report<br><br>12/01/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>600 Granby Street, Room 307<br>Norfolk, Virginia 23510 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2014 | Real Estate Agent, Rose and Womble Realty - Commissions |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | Virginia CLE | 01/08/2014 - 01/09/2014 | Charlottesville, VA | Educational Seminar | Transportation |
| 2. | Virginia CLE | 12/09/2014 - 12/10/2014 | Alexandria, VA | Educational Seminar | Transportation, Lodging, Meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Henry C. | 12/01/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Henry C. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. UBS Financial Services Accounts (H) | | | | | | | | | |
| 2. UBS Financial Services - IRA Rollover (H) | None | | M | T | | | | | |
| 3. - Allstate Corp. (Common) | | | | | Redeemed | 08/15/14 | K | | |
| 4. - Bellsouth Corp. (Common) | | | | | Redeemed | 07/16/14 | K | B | |
| 5. - Diageo Capital PLC (Common) | | | | | | | | | |
| 6. - JPMorgan Chase & Co (Common) | | | | | Buy | 12/19/14 | J | | |
| 7. - Marathon Oil Corp. (Common) | | | | | | | | | |
| 8. - Price T Rowe Group Inc (Common) | | | | | Buy | 12/19/14 | J | | |
| 9. - Quest Diagnostics Inc. (Common) | | | | | | | | | |
| 10. - TowneBank Portsmouth VA (Convertible Note) | | | | | | | | | |
| 11. - Verizon Communications (Common) | | | | | | | | | |
| 12. UBS Financial Services, Roth IRA 1 (H) | A | Int./Div. | O | T | | | | | |
| 13. -TowneBank Portsmouth VA (Common) | | | | | | | | | |
| 14. UBS Financial Services, Roth IRA 2 (H) | None | | M | T | | | | | |
| 15. - Apple Inc. (Common) | | | | | Buy | 03/28/14 | J | | |
| 16. - Boeing Company (Common) | | | | | Buy | 03/28/14 | J | | |
| 17. - Coca Cola Co (Common) | | | | | Buy | 03/28/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Henry C. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Coca Cola Co (Common) | | | | | Sold | 12/16/14 | J | A | |
| 19.  - EcoLab Inc. (Common) | | | | | Buy | 12/16/14 | J | | |
| 20.  - Emerson Electric Co. (Common) | | | | | Buy | 03/28/14 | J | | |
| 21.  - Google Inc. (Common) | | | | | Buy | 03/28/14 | J | | |
| 22.  - Intel Corp (Common) | | | | | Buy | 03/28/14 | J | | |
| 23.  - iRobot Corp. (Common) | | | | | Buy | 01/27/14 | K | | |
| 24.  - Microsoft Corp. (Common) | | | | | Buy | 03/28/14 | J | | |
| 25.  - Rare Element Resources Ltd. (Common) | | | | | | | | | |
| 26.  - Seadrill Ltd US (Common) | | | | | Buy | 01/30/14 | J | | |
| 27.  - Yum! Brands Inc. (Common) | | | | | Buy | 03/28/14 | J | | |
| 28.  - TowneBank Portsmouth VA (Common) | | | | | Buy (add'l) | 07/25/14 | K | | |
| 29.  TowneBank Checking Account | A | Interest | J | W | | | | | |
| 30.  Davenport Trust Company Accts. (H) | D | Int./Div. | L | T | | | | | |
| 31.  - 3d Systems Corp (Common) | | | | | Buy | 05/27/14 | J | | |
| 32.  - 3d Systems Corp (Common) | | | | | Sold | 11/13/14 | J | | |
| 33.  - Abbott Labs (Common) | | | | | | | | | |
| 34.  - Abbvie Inc. (X) | | | | | Sold | 07/08/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Henry C. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - Activision Blizzard Inc (Common) (X) | | | | | Sold | 07/08/14 | J | A | |
| 36.  - Altria Group (Common) | | | | | | | | | |
| 37.  - Ambarella Inc (Common) | | | | | Buy | 12/15/14 | J | | |
| 38.  - Apple Inc (Common) | | | | | Buy | 06/13/14 | J | | |
| 39.  - Arris Group Inc. (Common) | | | | | Buy | 03/05/14 | J | | |
| 40.  - Arris Group Inc. (Common) | | | | | Sold | 12/15/14 | J | | |
| 41.  - AT&T (Common) (X) | | | | | | | | | |
| 42.  - BCE, Inc. (Common) (X) | | | | | | | | | |
| 43.  - Blackstone Group (Ltd Partnership) | | | | | Sold | 04/08/14 | J | B | |
| 44.  - CarMax (Common) | | | | | Sold | 05/13/14 | J | | |
| 45.  - Chevron (Common) | | | | | | | | | |
| 46.  - ConAgra (Common) (Y) | | | | | | | | | |
| 47.  - Corning (Common) | | | | | Sold | 01/13/14 | J | B | |
| 48.  - Darden Restaurants (Common) (Y) | | | | | | | | | |
| 49.  - DNP Select Income (Common) | | | | | | | | | |
| 50.  - Dollar Tree Corporation (Common) | | | | | | | | | |
| 51.  - General Electric (Common) | | | | | Sold | 07/01/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Henry C. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - Glaxo Smith Kline (Common) | | | | | Sold | 11/13/14 | J | | |
| 53.  - Home Depot (Common) | | | | | | | | | |
| 54.  - Kinder Morgan Energy (Ltd Partnership) | | | | | Buy | 03/12/14 | J | | |
| 55.  - Kinder Morgan Energy (Ltd Partnership) | | | | | Sold | 08/11/14 | J | | |
| 56.  - Merck & Company (Common) | | | | | | | | | |
| 57.  - Middleby Corp. (Common) (Y) | | | | | | | | | |
| 58.  - On Semiconductor Corp (Common) | | | | | Buy | 09/15/14 | J | | |
| 59.  - On Semiconductor Corp (Common) | | | | | Sold | 10/13/14 | J | | |
| 60.  - Palo Alto Networks Inc (Common) | | | | | Buy | 12/04/14 | J | | |
| 61.  - Roche Holding Limited (Common) | | | | | | | | | |
| 62.  - Seadrill Ltd (Common) | | | | | Sold (part) | 02/24/14 | J | | |
| 63.  - Seadrill Ltd (Common) | | | | | Sold (part) | 02/24/14 | J | A | |
| 64.  - Skyworks Solutions Inc. (Common) | | | | | Buy | 11/14/14 | J | | |
| 65.  - Skyworks Solutions Inc. (Common) | | | | | Buy (add'l) | 12/04/14 | J | | |
| 66.  - TowneBank Portsmouth (Common) | | | | | Sold (part) | 11/13/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Henry C. | 12/01/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Henry C. | 12/01/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Henry C. Morgan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544